Brian A. Sutherland (SBN 248486)
bsutherland@reedsmith.com
Ashley L. Shively (SBN 264912)
ashively@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269

Attorneys for Defendant Yelp Inc., for itself and as successors-in-interest to Nowait, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation; BLAZIN WINGS, INC., a Minnesota corporation; YELP, INC., a Delaware corporation; NOWAIT, INC., a Delaware corporation; WINGMEN V, LLC, a Washington limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-07129<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On December 15, 2017, I served the following documents by the method indicated below:

FILING PROCEDURES (SAN FRANCISCO)

ECF REGISTRATION INFORMATION

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

CONSENT/DECLINIATION OF MAGISTRATE JUDGE

JUDGE LAPORTE'S STANDING ORDERS

STANDING ORDERS FOR THE JUDGES OF THE NOTHERN DISTRICT COURT

☑ by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

| Anthony J. Orshansky<br>Alexandria Kachadoorian<br>Justin Kachadoorian<br>Counselone, P.C.<br>9301 Wilshire Boulevard, Suite 650<br>Beverly Hills, CA 90210 | Attorney for Plaintiff Marche Meeks<br><br>Telephone: (310) 277-9945<br>Facsimile:  (424) 277-3727<br><br>Anthony@counselonegroup.com<br>Alexandria@counselonegroup.com<br>Justin@counselonegroup.com |
|---|---|

I declare under penalty of perjury that the above is true and correct. Executed on December 15, 2017, at San Francisco, California.

David Kelley

– 1 –

CERTIFICATE OF SERVICE