# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

MARCHE MEEKS, on behalf of himself and others similarly situated )
)
*Plaintiff* )
v. )   Case No. 3:17-cv-07129-EDL
)
BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive, )
*Defendant*

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Buffalo Wild Wings, Inc. and Defendant Blazin Wings, Inc.

Date: December 18, 2017                            /s/ Harrison Brown
                                                   *Attorney's signature*

                                                   Harrison Brown (SBN 291503)
                                                   *Printed name and bar number*

                                                   BLANK ROME LLP
                                                   2029 Century Park East, 6th Floor
                                                   Los Angeles, CA 90067
                                                   *Address*

                                                   HBrown@BlankRome.com
                                                   *E-mail address*

                                                   424.239.3400
                                                   *Telephone number*

                                                   424.239.3434
                                                   *FAX number*


American LegalNet, Inc.
www.FormsWorkFlow.com

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On December 18, 2017, I served foregoing document entitled **APPEARANCE OF COUNSEL (HARRISON BROWN)** on the interested parties in this action, addressed and sent as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY ENVELOPE:** by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as indicated and delivering such envelopes:

  ☒ **BY MAIL:** I caused such envelopes to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressees as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION (Courtesy):** I caused a courtesy copy to be transmitted by e-mail or electronic transmission to the person(s) at the e-mail address(es) as indicated.

☒ **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users in the attached Service List were served.

Executed on December 18, 2017, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DIA S. ALESSI

# SERVICE LIST

**VIA ECF:**

| | |
|---|---|
| Brian Adair Sutherland<br>Ashley Lynn Shively<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Tel: 415-543-8700<br>Fax: 415-391-8269<br>Email: bsutherland@reedsmith.com<br>ashively@reedsmith.com | *Attorneys for Defendants,*<br>*YELP, INC. and NOWAIT, INC.* |

**VIA U.S. MAIL AND EMAIL:**

| | |
|---|---|
| Justin Kachadoorian<br>Alexandria R. Kachadoorian<br>Anthony J. Orshansky<br>COUNSELONE, PC<br>9301 Wilshire Boulevard, Suite 650<br>Beverly Hills, CA 90210<br>Tel: (310) 277-9945<br>Fax: (424) 277-3727<br>Email: justin@counselonegroup.com<br>alexandria@counselonegroup.com<br>anthony@counselonegroup.com | *Attorneys for Plaintiff,*<br>*MARCHE MEEKS* |
| Christine M. Reilly<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: 310-312-4237<br>Fax: 310-996-7037<br>Email: reilly@manatt.com | *Attorneys for Defendant,*<br>*WINGMEN V, LLC* |