BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Safia Hussain (SBN 251123)
SHussain@BlankRome.com
Harrison Brown (SBN 291503)
HBrown@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendants
BUFFALO WILD WINGS, INC. and
BLAZIN WINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:17-cv-07129-EDL<br><br>**DEFENDANTS BUFFALO WILD WINGS, INC.'S AND BLAZIN WINGS, INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Marche Meeks.
2. Defendant Yelp, Inc.
3. Defendant NoWait, Inc.
4. Defendant Wingmen V, LLC.
5. Defendant Blazin Wings, Inc. ("Blazin"), which is a wholly owned subsidiary of Defendant Buffalo Wild Wings, Inc. ("BWW"), a publicly held company.
6. BWW, which has no parent company and for which no publicly held company owns 10% or more of its stock.

DATED: December 18, 2017　　　　BLANK ROME LLP

By:　*/s/ Harrison Brown*
　　　Ana Tagvoryan
　　　Safia Hussain
　　　Harrison Brown
Attorneys for Defendants
BUFFALO WILD WINGS, INC. and
BLAZIN WINGS, INC.

150646.00602/106427973v.1　　　　1　　　　Case No. 3:17-cv-07129-EDL

**DEFENDANTS BUFFALO WILD WINGS, INC.'S AND BLAZIN WINGS, INC.'S
DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES**

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On December 18, 2017, I served foregoing document entitled **DEFENDANTS BUFFALO WILD WINGS, INC.'S AND BLAZIN WINGS, INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES** on the interested parties in this action, addressed and sent as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY ENVELOPE:** by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as indicated and delivering such envelopes:

☒ **BY MAIL:** I caused such envelopes to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressees as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION (Courtesy):** I caused a courtesy copy to be transmitted by e-mail or electronic transmission to the person(s) at the e-mail address(es) as indicated.

☒ **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users in the attached Service List were served.

Executed on December 18, 2017, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DIA S. ALESSI

**SERVICE LIST**

**VIA ECF:**

| | |
|---|---|
| Brian Adair Sutherland<br>Ashley Lynn Shively<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Tel:  415-543-8700<br>Fax:  415-391-8269<br>Email: bsutherland@reedsmith.com<br>        ashively@reedsmith.com | *Attorneys for Defendants,*<br>*YELP, INC. and NOWAIT, INC.* |

**VIA U.S. MAIL AND EMAIL:**

| | |
|---|---|
| Justin Kachadoorian<br>Alexandria R. Kachadoorian<br>Anthony J. Orshansky<br>COUNSELONE, PC<br>9301 Wilshire Boulevard, Suite 650<br>Beverly Hills, CA 90210<br>Tel:  (310) 277-9945<br>Fax:  (424) 277-3727<br>Email: justin@counselonegroup.com<br>        alexandria@counselonegroup.com<br>        anthony@counselonegroup.com | *Attorneys for Plaintiff,*<br>*MARCHE MEEKS* |
| Christine M. Reilly<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, CA  90064<br>Tel:  310-312-4237<br>Fax:  310-996-7037<br>Email: reilly@manatt.com | *Attorneys for Defendant,*<br>*WINGMEN V, LLC* |