1  BLANK ROME LLP
   Ana Tagvoryan (SBN 246536)
2  ATagvoryan@BlankRome.com
   Safia Hussain (SBN 251123)
3  SHussain@BlankRome.com
   Harrison Brown (SBN 291503)
4  HBrown@BlankRome.com
   2029 Century Park East, 6th Floor
5  Los Angeles, CA 90067
   Telephone:    424.239.3400
6  Facsimile:    424.239.3434

7  Attorneys for Defendants
   BUFFALO WILD WINGS, INC. and
8  BLAZIN WINGS, INC.

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:17-cv-07129-EDL<br><br>**DEFENDANTS BUFFALO WILD WINGS, INC.'S AND BLAZIN WINGS, INC.'S NOTICE OF CONSENT TO REMOVAL** |

PLEASE TAKE NOTICE that Defendants Buffalo Wild Wings, Inc. ("BWW") and Blazin Wings, Inc. ("Blazin"), by and through their undersigned counsel, hereby consent to the removal of this action by Defendant Yelp, Inc. ("Yelp"), from the Superior Court of the State of California for the County of San Francisco (originally denominated Case No. CGC17561814), to the United States District Court for the Northern District of California. By filing this Notice of Consent to Removal, BWW and Blazin do not waive, and expressly reserve, their rights to object to service of process, the sufficiency of process, personal jurisdiction, and venue. BWW and Blazin specifically reserve the right to assert any defenses and/or objections to which they may be entitled.

DATED: December 18, 2017      BLANK ROME LLP

By: _____/s/ Harrison Brown_____
    Ana Tagvoryan
    Safia Hussain
    Harrison Brown
Attorneys for Defendants
BUFFALO WILD WINGS, INC. and
BLAZIN WINGS, INC.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On December 18, 2017, I served foregoing document entitled **DEFENDANTS BUFFALO WILD WINGS, INC.'S AND BLAZIN WINGS, INC.'S NOTICE OF CONSENT TO REMOVAL** on the interested parties in this action, addressed and sent as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY ENVELOPE:** by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as indicated and delivering such envelopes:

☒ **BY MAIL:** I caused such envelopes to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressees as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION (Courtesy):** I caused a courtesy copy to be transmitted by e-mail or electronic transmission to the person(s) at the e-mail address(es) as indicated.

☒ **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users in the attached Service List were served.

Executed on December 18, 2017, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DIA S. ALESSI

<h2>SERVICE LIST</h2>

**VIA ECF:**

| | |
|---|---|
| Brian Adair Sutherland<br>Ashley Lynn Shively<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Tel:  415-543-8700<br>Fax:  415-391-8269<br>Email: bsutherland@reedsmith.com<br>          ashively@reedsmith.com | *Attorneys for Defendants,*<br>*YELP, INC. and NOWAIT, INC.* |

**VIA U.S. MAIL AND EMAIL:**

| | |
|---|---|
| Justin Kachadoorian<br>Alexandria R. Kachadoorian<br>Anthony J. Orshansky<br>COUNSELONE, PC<br>9301 Wilshire Boulevard, Suite 650<br>Beverly Hills, CA 90210<br>Tel:  (310) 277-9945<br>Fax:  (424) 277-3727<br>Email: justin@counselonegroup.com<br>          alexandria@counselonegroup.com<br>          anthony@counselonegroup.com | *Attorneys for Plaintiff,*<br>*MARCHE MEEKS* |
| Christine M. Reilly<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, CA  90064<br>Tel:  310-312-4237<br>Fax:  310-996-7037<br>Email: reilly@manatt.com | *Attorneys for Defendant,*<br>*WINGMEN V, LLC* |

150646.00602/106434761v.1          2          Case No. 3:17-cv-07129-EDL
**CERTIFICATE OF SERVICE**