BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Safia Hussain (SBN 251123)
SHussain@BlankRome.com
Harrison Brown (SBN 291503)
HBrown@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:   424.239.3400
Facsimile:   424.239.3434

Attorneys for Defendants
BUFFALO WILD WINGS, INC. and
BLAZIN WINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-07129-EDL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**L.R. 6-1(a)**<br><br>Magistrate Judge Elizabeth D. Laporte |

This stipulation is entered into by and between Plaintiff Marche Meeks ("Plaintiff"), Defendant Buffalo Wild Wings, Inc. ("BWW"), Defendant Blazin Wings, Inc. ("Blazin"), Defendant Yelp Inc. ("Yelp") for itself and as successor-in-interest to Nowait, Inc. ("Nowait"), and Defendant Wingmen V, LLC ("Wingmen") (collectively, "Defendants"), and made with reference to and in contemplation of the following facts and circumstances:

1. On October 10, 2017, Plaintiff filed a class action complaint (the "Complaint") in the Superior Court of the State of California for the County of San Francisco.

2. On December 14, 2017, Yelp with the consent of Defendants timely removed the action to this Court, making its deadline to respond to the Complaint December 21, 2017.

3. Defendants each recently retained counsel in this matter. In order to allow sufficient time for Defendants to evaluate Plaintiff's claims, and to synchronize Defendants' respective deadlines to respond to Plaintiff's Complaint for the convenience of the parties and the Court, the parties have agreed that each Defendant may have until and including January 15, 2018 to plead or otherwise respond to Plaintiff's Complaint.

4. Extending the deadline for Defendants to respond to the Complaint to January 15, 2018 will not alter the date of any event or deadline already established by Court order.

IT IS SO STIPULATED between Plaintiff and Defendants that the time for Defendants to plead or otherwise respond to Plaintiff's Complaint is extended until and including January 15, 2018.

DATED: December 20, 2017         COUNSELONE, P.C.

                                 By: */s/ Justin Kachadoorian*
                                     Anthony Orshansky
                                     Alexandria Kachadoorian
                                     Justin Kachadoorian
                                 Attorneys for Plaintiff
                                 MARCHE MEEKS

| | | |
|---|---|---|
| DATED: December 20, 2017 | | BLANK ROME LLP |

By: */s/ Harrison Brown*
Ana Tagvoryan
Safia Hussain
Harrison Brown
Attorneys for Defendants
BUFFALO WILD WINGS, INC. and
BLAZIN WINGS, INC.

DATED: December 20, 2017    REED SMITH LLP

By: */s/ Ashley Shively*
Brian Sutherland
Ashley Shively
Attorneys for Defendant
YELP INC., for itself and as successor-in-interest to
NOWAIT, INC.

DATED: December 20, 2017    MANATT, PHELPS & PHILLIPS, LLP

By: */s/ Christine Reilly*
Christine Reilly
Attorneys for Defendant
WINGMEN V, LLC

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-1(i) and General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

By: */s/ Harrison Brown*
Harrison Brown

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On December 20, 2017, I served foregoing document entitled **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties in this action, addressed and sent as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY ENVELOPE:** by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as indicated and delivering such envelopes:

☒ **BY MAIL:** I caused such envelopes to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office or home of the addressees as indicated. I am "readily familiar" with this firm's practice of collection and processing documents for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION (Courtesy):** I caused a courtesy copy to be transmitted by e-mail or electronic transmission to the person(s) at the e-mail address(es) as indicated.

☒ **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users in the attached Service List were served.

Executed on December 20, 2017, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DIA S. ALESSI

# SERVICE LIST

**VIA ECF:**

| | |
|---|---|
| Brian Adair Sutherland<br>Ashley Lynn Shively<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Tel:  415-543-8700<br>Fax:  415-391-8269<br>Email: bsutherland@reedsmith.com<br>          ashively@reedsmith.com | *Attorneys for Defendants,*<br>*YELP, INC. and NOWAIT, INC.* |

**VIA U.S. MAIL AND EMAIL:**

| | |
|---|---|
| Justin Kachadoorian<br>Alexandria R. Kachadoorian<br>Anthony J. Orshansky<br>COUNSELONE, PC<br>9301 Wilshire Boulevard, Suite 650<br>Beverly Hills, CA 90210<br>Tel:  (310) 277-9945<br>Fax:  (424) 277-3727<br>Email: justin@counselonegroup.com<br>          alexandria@counselonegroup.com<br>          anthony@counselonegroup.com | *Attorneys for Plaintiff,*<br>*MARCHE MEEKS* |
| Christine M. Reilly<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, CA  90064<br>Tel:  310-312-4237<br>Fax:  310-996-7037<br>Email: reilly@manatt.com | *Attorneys for Defendant,*<br>*WINGMEN V, LLC* |