UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>Plaintiff(s)<br><br>v.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive, Defendant(s). | Case No. 3:17-cv-07129-EDL<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: December 29, 2017

NAME: Christine M. Reilly

COUNSEL FOR (OR "PRO SE"): Defendant Wingmen V, LLC

/s/ Christine M. Reilly

*Signature*

# CERTIFICATE OF SERVICE

I, Marla Chung, declare as follows:

I am employed in County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614.

On December 29, 2017, I served the foregoing documents described as:

**Defendant Wingmen V, LLC's Declination to Proceed Before a Magistrate**

**Defendant Wingmen V, LLC's Consent to Removal**

**Notice of Appearance of Christine M. Reilly for Defendant Wingmen V, LLC**

**Defendant Wingmen V, LLC's Corporate Disclosure Statement and Certificate of Interested Entities or Persons**

on the interested parties in this action addressed as follows:

Buffalo Wild Wings, Inc. and Blazin Wings, Inc.:
Anahit Tagvoryan (via CM/ECF)
Safia G. Hussain (via CM/ECF)
Harrison Maxwell Brown (via CM/ECF)

NoWait, Inc. and Yelp Inc.
Ashley Lynn Shively (via CM/ECF)
Brian Adair Sutherland (via CM/ECF)

Plaintiff Marche Meeks
via Mail to Justin Kachadoorian, Alexandria R. Kachadoorian, and Anthony J. Orshanksy
CounselOne, PC
9301 Wilshire Blvd. Suite 650
Beverly Hills, CA 90210
Tel: 310-277-9945
Fax: 424-277-3727

[X] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC FILING)** I am familiar with the United States District Court, NOrhtern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed above were served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2017 at Los Angeles, California.

_____
Marla Chung

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES