| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | CHRISTINE M. REILLY (Bar No. CA 226388) |
| 2 | E-mail: CReilly@manatt.com |
| | 11355 West Olympic Boulevard |
| 3 | Los Angeles, CA 90064-1614 |
| | Telephone: (310) 312-4000 |
| 4 | Facsimile: (310) 312-4224 |
| 5 | Attorneys for Defendant |
| | Wingmen V, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, Inc., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No. 3:17-cv-07129-EDL<br><br>**DEFENDANT WINGMEN V, LLC'S NOTICE OF CONSENT TO REMOVAL** |

PLEASE TAKE NOTICE that Defendant Wingmen V, LLC, by and through its undersigned counsel, hereby consents to the removal of this action by Defendant Yelp, Inc. ("Yelp"), from the Superior Court of the State of California for the County of San Francisco (original Case No. CGC17561814), to the United States District Court for the Northern District of California. By filing this Notice of Consent to Removal, Wingmen V, LLC does not waive, and expressly reserves its right to object to service of process, the sufficiency of process, personal jurisdiction, and venue. Wingmen V, LLC specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

Dated: December 29, 2017

MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Christine M. Reilly
　　Christine M. Reilly
　　Attorneys for Defendant
　　Wingmen V, LLC

319647596.1

# CERTIFICATE OF SERVICE

I, Marla Chung, declare as follows:

I am employed in County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614.

On December 29, 2017, I served the foregoing documents described as:

**Defendant Wingmen V, LLC's Declination to Proceed Before a Magistrate**

**Defendant Wingmen V, LLC's Consent to Removal**

**Notice of Appearance of Christine M. Reilly for Defendant Wingmen V, LLC**

**Defendant Wingmen V, LLC's Corporate Disclosure Statement and Certificate of Interested Entities or Persons**

on the interested parties in this action addressed as follows:

Buffalo Wild Wings, Inc. and Blazin Wings, Inc.:
Anahit Tagvoryan (via CM/ECF)
Safia G. Hussain (via CM/ECF)
Harrison Maxwell Brown (via CM/ECF)

NoWait, Inc. and Yelp Inc.
Ashley Lynn Shively (via CM/ECF)
Brian Adair Sutherland (via CM/ECF)

Plaintiff Marche Meeks
via Mail to Justin Kachadoorian, Alexandria R. Kachadoorian, and Anthony J. Orshanksy
CounselOne, PC
9301 Wilshire Blvd. Suite 650
Beverly Hills, CA 90210
Tel: 310-277-9945
Fax: 424-277-3727

[X]   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC FILING)** I am familiar with the United States District Court, NOrhtern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed above were served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2017 at Los Angeles, California.

_____
Marla Chung