# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>*Plaintiff*<br>v.<br>BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive,<br><br>*Defendant* | )<br>)<br>) Case No. 3:17-cv-07129-EDL<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendant Wingmen V, LLC.

Date: December 29, 2017

/s/ Christine M. Reilly

*Attorney's signature*

Christine M. Reilly (CA SBN 226388)

*Printed name and bar number*

Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Ph: 310-312-4000
CReilly@manatt.com

# CERTIFICATE OF SERVICE

I, Marla Chung, declare as follows:

I am employed in County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614.

On December 29, 2017, I served the foregoing documents described as:

**Defendant Wingmen V, LLC's Declination to Proceed Before a Magistrate**

**Defendant Wingmen V, LLC's Consent to Removal**

**Notice of Appearance of Christine M. Reilly for Defendant Wingmen V, LLC**

**Defendant Wingmen V, LLC's Corporate Disclosure Statement and Certificate of Interested Entities or Persons**

on the interested parties in this action addressed as follows:

<u>Buffalo Wild Wings, Inc. and Blazin Wings, Inc.</u>:
Anahit Tagvoryan (via CM/ECF)
Safia G. Hussain (via CM/ECF)
Harrison Maxwell Brown (via CM/ECF)

<u>NoWait, Inc. and Yelp Inc.</u>
Ashley Lynn Shively (via CM/ECF)
Brian Adair Sutherland (via CM/ECF)

<u>Plaintiff Marche Meeks</u>
via Mail to Justin Kachadoorian, Alexandria R. Kachadoorian, and Anthony J. Orshanksy
CounselOne, PC
9301 Wilshire Blvd. Suite 650
Beverly Hills, CA 90210
Tel: 310-277-9945
Fax: 424-277-3727

[X] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(BY ELECTRONIC FILING)** I am familiar with the United States District Court, NOrhtern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed above were served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 29, 2017 at Los Angeles, California.

_____
Marla Chung