ANTHONY J. ORSHANSKY, Cal. Bar No.199364
anthony@counselonegroup.com
ALEXANDRIA R. KACHADOORIAN, Cal. Bar No. 240601
alexandria@counselonegroup.com
JUSTIN KACHADOORIAN, Cal. Bar No. 260356
justin@counselonegroup.com
COUNSELONE, P.C.
9301 Wilshire Boulevard, Suite 650
Beverly Hills, California 90210
Telephone: (310) 277-9945
Facsimile: (424) 277-3727

Attorneys for Plaintiff MARCHE MEEKS,
on behalf of himself and others similarly situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation; BLAZIN WINGS, INC., a Minnesota corporation; YELP, INC., a Delaware corporation; NOWAIT, INC., a Delaware corporation; WINGMEN V, LLC, a Washington limited liability company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:17-cv-07129-EDL<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

CounselOne, P.C., counsel for Plaintiff and the Putative Class.

DATED: January 2, 2018　　　　　　　Respectfully submitted,

By: ____*/s/ Justin Kachadoorian*____
　　　Anthony J. Orshansky
　　　Alexandria R. Kachadoorian
　　　Justin Kachadoorian
　　　Attorneys for Plaintiff MARCHE MEEKS and the Putative Class