| | |
|---|---|
| Brian A. Sutherland (SBN 248486)<br>bsutherland@reedsmith.com<br>Ashley L. Shively (SBN 264912)<br>ashively@reedsmith.com<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: (415) 543-8700<br>Facsimile: (415) 391-8269<br><br>Attorneys for Defendant Yelp Inc., for itself and as successors-in-interest to Nowait, Inc. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation; BLAZIN WINGS, INC., a Minnesota corporation; YELP, INC., a Delaware corporation; NOWAIT, INC., a Delaware corporation; WINGMEN V, LLC, a Washington limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:17-cv-07129<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 101 Second Street, Suite 1800, San Francisco, CA 94105. On January 16, 2018, I served the following documents by the method indicated below:

**Standing Orders for All Judges and Standing Order in Civil Cases District Judge Yvonne Gonzalez Rogers.**

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the documents listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

| | |
|---|---|
| Anthony J. Orshansky<br>Alexandria Kachadoorian<br>Justin Kachadoorian<br>Counselone, P.C.<br>9301 Wilshire Boulevard, Suite 650<br>Beverly Hills, CA 90210 | Attorney for Plaintiff Marche Meeks<br><br>Telephone: (310) 277-9945<br>Facsimile: (424) 277-3727<br><br>Anthony@counselonegroup.com<br>Alexandria@counselonegroup.com<br>Justin@counselonegroup.com |

I declare under penalty of perjury that the above is true and correct. Executed on January 17, 2018, at San Francisco, California.

                                                      s/ Silvia Escobar
                                                      Silvia Escobar