BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ATagvoryan@BlankRome.com
Safia G. Hussain (SBN 251123)
SHussain@BlankRome.com
Harrison Brown (SBN 291503)
HBrown@BlankRome.com
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone:    424.239.3400
Facsimile:    424.239.3434

Attorneys for Defendants
BUFFALO WILD WINGS, INC. and
BLAZIN WINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHE MEEKS, on behalf of himself and others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 4:17-cv-07129-YGR<br><br>**DEFENDANTS BUFFALO WILD WINGS, INC. AND BLAZIN WINGS, INC.'S NOTICE OF JOINDER IN MOTION TO TRANSFER VENUE FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Judge:　　Yvonne Gonzalez Rogers<br><br><u>Noticed on Motion Calendar</u>:<br>Date:　　February 27, 2018<br>Time:　　2:00 P.M.<br>Place:　　Courtroom 1, Fourth Floor<br>　　　　　1301 Clay Street<br>　　　　　Oakland, CA 94612 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Defendants Buffalo Wild Wings, Inc. and Blazin Wings, Inc. join in defendant Wingmen V, LLC's Motion to Transfer Venue for Convenience Pursuant to 28 U.S.C. § 1404(a) (ECF No. 22), including the requested relief, noticed for February 27, 2018 at 2:00 PM in Courtroom 1-4th Floor of the above-captioned court, for the reasons set forth therein.

DATED: January 18, 2018             BLANK ROME LLP


By: */s/ Ana Tagvoryan*
    Ana Tagvoryan
    Safia G. Hussain
    Harrison Brown
Attorneys for Defendants
BUFFALO WILD WINGS, INC. and
BLAZIN WINGS, INC.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2029 Century Park East, 6th Floor, Los Angeles, California 90067.

On January 18, 2018, I served foregoing document entitled **DEFENDANTS BUFFALO WILD WINGS, INC. AND BLAZIN WINGS, INC.'S NOTICE OF JOINDER IN MOTION TO TRANSFER VENUE FOR CONVENIENCE PURSUANT TO 28 U.S.C. § 1404(a)** on the interested parties in this action, addressed and sent as follows:

**(SEE ATTACHED SERVICE LIST)**

☒ **BY ELECTRONIC FILING:** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users in the attached Service List were served.

Executed on January 18, 2018, at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
DIA S. ALESSI

# SERVICE LIST

| | |
|---|---|
| Brian Adair Sutherland<br>Ashley Lynn Shively<br>REED SMITH LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Tel: 415-543-8700<br>Fax: 415-391-8269<br>Email: bsutherland@reedsmith.com<br>ashively@reedsmith.com | *Attorneys for Defendants,*<br>*YELP, INC. and NOWAIT, INC.* |
| Justin Kachadoorian<br>Alexandria R. Kachadoorian<br>Anthony J. Orshansky<br>COUNSELONE, PC<br>9301 Wilshire Boulevard, Suite 650<br>Beverly Hills, CA 90210<br>Tel: (310) 277-9945<br>Fax: (424) 277-3727<br>Email: justin@counselonegroup.com<br>alexandria@counselonegroup.com<br>anthony@counselonegroup.com | *Attorneys for Plaintiff,*<br>*MARCHE MEEKS* |
| Christine M. Reilly<br>MANATT, PHELPS & PHILLIPS, LLP<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: 310-312-4237<br>Fax: 310-996-7037<br>Email: creilly@manatt.com | *Attorneys for Defendant,*<br>*WINGMEN V, LLC* |