AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

MARCHE MEEKS, on behalf of himself and others similarly situated,

*Plaintiff*

v.

BUFFALO WILD WINGS, INC., a Minnesota corporation, BLAZIN WINGS, INC., a Minnesota corporation, YELP, INC., a Delaware corporation, NOWAIT, INC., a Delaware Corporation, WINGMEN V, LLC, a Washington limited liability company, and DOES 1 THROUGH 50, inclusive,

*Defendants*

Case No. 4:17-cv-07129-YGR

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Wingmen V, LLC                                                            .

Date: February 23, 2018

/s/ Kristin E. Haule

*Attorney's signature*

Kristin E. Haule (CA SBN 312139)

*Printed name and bar number*

Manatt, Phelps & Phillips LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
Ph: 310-312-4000
F:  310-312-4224
KHaule@manatt.com

**CERTIFICATE OF SERVICE**

I, BESS HUBBARD, declare I am employed in County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 11355 West Olympic Boulevard, Los Angeles, California 90064-1614. On **February 23, 2018**, I served the foregoing document described as:

**NOTICE OF APPEARANCE OF KRISTIN E. HAULE
FOR DEFENDANT WINGMEN V, LLC**

on the interested parties in this action addressed as follows:

| Buffalo Wild Wings, Inc. and Blazin Wings, Inc. <br> Anahit Tagvoryan (via CM/ECF) <br> Safia G. Hussain (via CM/ECF) <br> Harrison Maxwell Brown (via CM/ECF) <br><br> NoWait, Inc. and Yelp Inc. <br> Ashley Lynn Shively (via CM/ECF) <br> Brian Adair Sutherland (via CM/ECF) | Plaintiff Marche Meeks <br> Justin Kachadoorian (via CM/ECF) <br> Alexandra R. Kachadoorian (via CM/ECF) <br><br> Anthony J. Orshanksy (via U.S. Mail) <br> CounselOne, PC <br> 9301 Wilshire Blvd. Suite 650 <br> Beverly Hills, CA 90210 <br> Tel: 310-277-9945 <br> Fax: 424-277-3727 |
|---|---|

[x] **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[x] **(BY ELECTRONIC FILING)** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed above were served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **February 23, 2018** at Los Angeles, California.

_/s/ Bess Hubbard_
BESS HUBBARD

319890095.1