# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marche Meeks<br><br>    Plaintiff(s)<br><br>v.<br><br>Buffalo Wild Wings, Inc., et al.<br><br>    Defendant(s) | Case No. C 4:17-cv-07129-YGR<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 3/01/2018    Signed: /s/ Aaron Schur, for Yelp Inc.
                 Party

Date: 3/01/2018    Signed: /s/ Ashley Shively, Reed Smith LLP
                 Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-1(i) and General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document.

By: /s/ Ashley L. Shively

Ashley L. Shively

REED SMITH LLP
A limited liability partnership formed in the State of Delaware