# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 2/27/18 | Time: 2:39pm-3:42pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 17-cv-07129-YGR | Case Name: Meeks v. Buffalo Wild Wings, Inc. | |

**Attorney for Plaintiff:** Justin Kachadoorian and Alexandria Kachadoorian
**Attorney for Defendants:** Harrison Brown and Anahit Tagvoryan for Defendant Buffalo Wild Wings, Inc.; Brian Sutherland for Defendants Nowait, Inc. and Yelp Inc.; Christine Reilly and Kristin Haule for Wingmen V, LLC

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS
Defendant Nowait, Inc., Yelp Inc.'s Motion to Dismiss [Dkt. no. 21]- HELD and SUBMITTED
Defendant Wingman V, LLC's Motion to Change Venue [Dkt. no. 22]-HELD and SUBMITTED
Defendant Blazin Wings. Inc., Buffalo Wild Wings, Inc.'s Motion to Dismiss [Dkt. no. 23]- HELD AND SUBMITTED
Defendant Wingmen V, LLC's Motion to Dismiss[Dkt. no. 24] -HELD and SUBMITTED

Order to be prepared by: Court

Notes: Reply of Defendant Wingmen V, LLC ISO Motion to Dismiss: after discussion with counsel the Court STRIKES lines 22-27 of the last page of the Reply. Defendant to file corrected Reply by
2/28/17.