# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Marche Meeks

    Plaintiff(s)

v.

Buffalo Wild Wings, Inc., et al.

    Defendant(s)

CASE No C 4:17-cv-07129-YGR

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  Private mediation with JAMS

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: Dec. 31, 2018

Date: March 13, 2018      /s/ Justin Kachadoorian
                                 Attorney for Plaintiff

Date: March 13, 2018      /s/ Ashley L. Shively
                                 Attorney for Defendant

    See attached additional signatures.

- ☐ IT IS SO ORDERED
- ☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:

                                 U.S. DISTRICT/MAGISTRATE JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*

| | |
|---|---|
| Dated: March 13, 2018 | BLANK ROME, LLP |
| | By: /s/ Ana Tagvoryan |
| | Ana Tagvoryan |
| | Safia G. Hussain |
| | Harrison Brown |
| | Attorneys for Defendants |
| | BUFFALO WILD WINGS, INC. and BLAZIN WINGS, INC. |
| Dated: March 13, 2018 | MANATT, PHELPS & PHILLIPS, LLP |
| | By: /s/ Christine M. Reilly |
| | Christine M. Reilly |
| | Kristin E. Haule |
| | Attorneys for Defendant |
| | Wingmen V, LLC |